UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENGBO XIAO, | CASE NO. C17-1581RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEAST BUFFET, INC., et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

Pursuant to Local Rule 83.1, a party represented by *pro hac vice* counsel "must also be represented by local counsel." LCR 83.1(d)(1). In addition to other responsibilities, "local counsel must review and sign all motions and other filings" and "ensure that all filings comply with all local rules of this court. . . ." LCR 83.1(d)(2). The Court has previously reminded counsel of these responsibilities and the need to comply with the Court's Local Rules. Dkts. #5 and #14.

Plaintiff failed to file a Joint Status Report by the Court's deadline of December 28, 2017. Therefore, on April 13, 2018, Plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute. Dkt. #10. On April 30, 2018, Plaintiff's *pro hac vice* counsel represented to the Court that a Joint Status Report was "prepared and will be filed by Local Counsel." Dkt. #11. Despite that representation, no Joint Status Report has ever been filed by

MINUTE ORDER – 1

local counsel, and *pro hac vice* counsel did not file a Joint Status Report until May 24, 2018. Dkt. #15. The Joint Status Report filed by *pro hac vice* counsel was not signed by local counsel.[1] Accordingly:

1. The Court STRIKES the Joint Status Report filed by *pro hac vice* counsel (Dkt. #15). The Court again reminds *pro hac vice* counsel and local counsel of their obligation to be familiar with and comply with the Court's Local Rules.

2. Plaintiff is ORDERED TO SHOW CAUSE, **on or before June 4, 2018**, why this action should not be dismissed for failure to prosecute and failure to comply with the Court's previous Order. Absent a timely response to this Minute Order, this action will be dismissed without prejudice.

DATED this 25th day of May, 2018.

                                          WILLIAM McCOOL, Clerk

                                          By:     /s/ Sharita Tolliver
                                                        Deputy Clerk

---

[1] There appears to be some question as to local counsel's involvements in this case at this time. An attorney who has not otherwise appeared has twice filed a motion to substitute for local counsel. Dkts. #12 and #13. However, one of those motions was stricken by the filer as filed in error, and the Court declined to grant the other motion for failure to comply with the local rules. Dkt. #14.

MINUTE ORDER – 2