# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PENGBO XIAO, an individual; | )<br>) No. 17-1581-RSM |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING STIPULATED<br>) MOTION FOR WITHDRAWAL AND<br>) SUBSTITUTION OF LOCAL<br>) COUNSEL |
| FEAST BUFFET, INC., a Washington Corporation;<br>HELEN EMPLOYMENT AGENCY, a California Corporation;<br>and DOES 1-25, inclusive; | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

ORDER GRANTING STIPULATED MOTION FOR
WITHDRAWAL AND SUBSTITUTION - 1

**Law Office of Deirdre Glynn Levin**
1300 N. Northlake Way, Suite 200
Seattle, WA 98103
Tel 206 422 6378

# ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION

The Court, having reviewed the Stipulated Motion for Withdrawal and Substitution filed by the Plaintiff pursuant to Rule 7(d)(1) and Rule 83.2(b)(1) of the Local Rules of the District of Washington, hereby grants the motion substituting attorney Deirdre Glynn Levin, WSBA 24226 as local counsel for the Plaintiff, and permitting attorney Young Han to withdraw as local counsel for Plaintiff in this case.

Dated this 13 day of June 2018.

 RICARDO S. MARTINEZ
 CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

LAW OFFICE OF DEIRDRE GLYNN LEVIN

*/s/ Deirdre Glynn Levin*
Deirdre Glynn Levin, WSBA 24226
1300 N. Northlake Way, Suite 200
Seattle, WA 98103
Tel 206 422 6378
dglynnlevin@yahoo.com
Local Counsel for Plaintiffs