UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENGBO XIAO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEAST BUFFET, INC., a Washington Corporation, HELEN EMPLOYMENT AGENCY, a California Corporation, and DOES 1-25, inclusive,<br><br>Defendants. | NO.: C17-1581-RSM<br><br>**STIPULATED MOTION TO CONSOLIDATE** |

COME NOW all parties hereto, by and through undersigned counsel of record, and move to consolidate three cases pursuant to the following stipulation.

<u>STIPULATION</u>

This case is one of three cases filed in the US District Court Western District of Washington:

1. **Jenglin Chen, et. al. v. Feast Buffet, Inc., et. al.**

    Case No. C17-1584-RSM, The Honorable Ricardo S. Martinez presiding;

2. **Pengbo Xiao v. Feast Buffet, Inc., et. al.**

    Case No. C17-1581-RSM, The Honorable Ricardo S. Martinez presiding;

3. **Lihong Xu and Zhengri Song v. Feast Buffet, Inc., et. al.**

    Case No. C17-1583-RSM, The Honorable Richard A. Jones presiding.

**STIPULATED MOTION TO CONSOLIDATE - 1**



IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 I fax 206-340-1962
www.PivotalLawGroup.com

These three cases are closely related. Plaintiffs in all three cases were employed by Defendant Feast Buffet, Inc. as food servers. All plaintiffs state identical causes of action, essentially asserting alleged unpaid wages. The three Complaints are virtually identical, differing only by plaintiff names and dates of employment. The dates of employment largely overlap. The same plaintiffs' counsel and defense counsel have appeared in all three actions, with the exception that there is an additional counsel for defendant Singsing Agent Services in the **Xu** case (Case No. C17-1583-RSM).

Consolidation of these actions would be appropriate to avoid conflict, prevent an unduly burdensome duplication of labor, discovery and expense, and conserve resources of the court and the parties. Conducting three separate cases involving the same legal theories and essentially the same evidence would not promote an efficient determination of the actions and would present a substantial potential for conflicting rulings and results.

These three actions should be consolidated through trial. Of the three current trial and case schedules, the case and trial schedule in **Jinglin Chen, et. al.** (Case No. C17-1584-RSM) should govern to allow completion of discovery and preparation for trial. If that case and trial schedule are not convenient for the Court, the parties respectfully request that the Court and all counsel conduct a phone conference to establish a new, streamlined trial and case schedule.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: _____  
*/s/ Catherine Anne Allen*  
Attorney for Plaintiffs  
Catherine Anne Allen (SBN 211574)  
TUNG & ASSOCIATES, APLC  
445 S. Figueroa Street, Suite 2500  
Los Angeles, CA 90071  
Telephone: (626) 416-4668  
Facsimile: (626) 416-4669  
Email: catherine.allen@tunglaw.com

**STIPULATED MOTION TO CONSOLIDATE - 2**



DATED: _____  /s/ Deirdre Glynn Levin
Attorney for Plaintiffs
DEIRDRE GLYNN LEVIN
LAW OFFICE OF DEIRDRE GLYNN LEVIN
1300 N. Northlake Way, Suite 200
Seattle, WA 98103
Email: deirdre@dgllaw.net

DATED: _____  /s/ Mark B. Shepherd
Attorney for Defendant Feast Buffet, Inc.
Mark. B. Shepherd, WSBA #13642
Pivotal Law Group, PLLC
1200 Fifth Avenue, Suite 1217
Seattle, WA 98101
(206)805-1491
Email: mshepherd@pivotallawgroup.com

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that cases C17-1581-RSM, C17-1583-RSM and C17-1584-RSM are consolidated through trial.

DATED: January 23, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONSOLIDATE - 3

PIVOTAL LAW GROUP
IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com