UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PENGBO XIAO, *et al.*,

Plaintiffs,

v.

FEAST BUFFET, INC., *et al.*,

Defendants.

Case No. C17-1581 RSM

ORDER GRANTING STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT SINGSING AGENT SERVICE

This matter comes before the Court on Defendant Singsing Agent Service ("Singsing")'s Motion to Dismiss all claims and causes of action by Plaintiffs Zhengri Song and Lihong Xu against Singsing pursuant to Local Rules 10(g) and 7(d)(1). Dkt. #60 (citing W.D. Wash. LCR 10(g); LCR 7(d)(1)).

Having reviewed the Motion and Proposed Order indicating parties' intent to stipulate to dismissal of the claims set forth above, *see* Dkt. #60-1, the Court hereby ORDERS dismissal of all claims and causes of action against Singsing in this case without an award of fees or costs to either party.

//

ORDER GRANTING STIPULATED MOTION TO DISMISS
PAGE - 1

DATED this 18th day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS
PAGE - 2